[Criminal No. 322.  Filed October 10, 1912.]

[127 Pac. 717.]

STEWART HOMER, Appellant, v. STATE OF ARIZONA,
Respondent.

APPEAL from a judgment of the Superior Court of the
County of Yuma.  Frank Baxter, Judge.  Reversed.

The facts are stated in the opinion.

Mrs. Mary A. Wupperman and Messrs. Wupperman & Wup-
perman, of Counsel, for Appellant.

Mr. G. P. Bullard, Attorney General, and Mr. Fred L.
Ingraham, County Attorney, for Respondent.

ROSS, J.—This defendant was jointly indicted with Reme-
gius Findley, and the same questions are involved as in the
case of *Findley* v. *State, ante,* p. 251, 127 Pac. 716, just de-
cided.  On the authority of that case, this case is reversed and
remanded to the superior court of Yuma county, with direc-
tions that the demurrer be sustained, and the defendant dis-
charged from custody.

FRANKLIN, C. J., and CUNNINGHAM, J., concur.